# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL CASE NO. 1:11cv167-MR

| | |
|---|---|
| PHILLIP EUGENE HILL, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Respondent. )<br>_____ ) | **NOTICE AND ORDER** |

**THIS MATTER** is before the Court on the Petitioner's *pro se* Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255. [Doc. 1].

The Federal Rules of Civil Procedure require that every written motion be signed by the moving party, if the party is unrepresented. Fed. R. Civ. P. 11(a). The Petitioner's Motion does not contain an original signature. The Court is required to strike the Motion unless the Petitioner promptly corrects the omission of the signature. Id.

**IT IS, THEREFORE, ORDERED** that on or before twenty (20) days from entry of this Order, the Petitioner must resubmit his Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255 [Doc. 1], with an

original signature, or the Motion will be stricken without further Court Order.

**IT IS FURTHER ORDERED** that the Clerk of Court shall return the Motion to Vacate, Set Aside or Correct Sentence [Doc. 1] to the Petitioner with a copy of this Order.

Signed: July 27, 2011

Martin Reidinger
United States District Judge