# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| PHILLIP EUGENE HILL, | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 1:11-cv-167 |
| | ) | 1:09-cr-23-6 |
| vs. | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 29, 2014 Memorandum of Decision and Order.

July 29, 2014

Frank G. Johns, Clerk
United States District Court